UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA FUNAI-JORDAN,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　Defendant. | No. 5:24-cv-01485-SP<br><br>JUDGMENT |

　　　Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: December 20, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. SHERI PYM
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

-1-